**Order entered October 3, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00928-CV

**FINANCIAL CASUALTY COMPANY, ET AL., Appellants**

**V.**

**MARK HUNT, Appellee**

**On Appeal from the Criminal District Court No. 7
Dallas County, Texas
Trial Court Cause No. F-12-33267-Y**

## ORDER

In an order dated July 28, 2014, we ordered Gary Fitzsimmons, Dallas County District Clerk, to file supplemental clerk's records in six companion cases containing specified documents.[1]  A supplemental clerk's record in this appeal was filed on August 25, 2014 containing the specified documents.  The trial court number for this appeal is F-12-33267-Y. The documents contained in the supplemental clerk's record, however, reflect a different trial court number than the case on appeal.  Accordingly, on the Court's own motion, we **STRIKE** the supplemental clerk's record filed on August 25, 2014.

---

[1] In an opinion dated September 16, 2014, the Court dismissed five of the companion cases in appellate cause numbers 05-14-00929-CV, 05-14-00930-CV, 05-14-00931-CV, 05-14-00932-CV, and 05-14-00933-CV.

We **ORDER** Gary Fitzsimmons to file, by **OCTOBER 10, 2014**, a supplemental clerk's record containing the following eight documents from trial court cause number **F-12-33267-Y**:

1. Affidavit to Go Off Bond Warrant of Arrest;

2. Affidavit of Surety to Surrender Principal;

3. Motion and Affidavit of Surety for Discharge of Liability and Surrender of Principal Before Forfeiture;

4. Contest of Surrender of Principal and Motion for Return of Bonding Fee;

5. Subpoena Application Duces Tecum;

6. Amended Contest of Surrender of Principal;

7. Motion for New Trial; and

8. Response to Surety's Motion for Reconsideration.

If any of the above-listed documents are not contained in the trial court's record in this case, Gary Fitzsimmons shall include in the supplemental clerk's record written verification that no such documents were filed in trial court cause number F-12-33267-Y.

The reporter's record is past due. In a postcard notice dated July 18, 2014, we instructed Sharon Hazelwood, Official Court Reporter for Criminal District Court No. 7 of Dallas County, Texas, to file the reporter's record within thirty days. Accordingly, we **ORDER** Sharon Hazelwood to file, **BY OCTOBER 16, 2014**, either: (1) the reporter's record; (2) written verification of that appellant has not requested the reporter's record; or (3) written verification that appellant has not paid or made arrangements to pay for the record. *We caution appellant that if the Court receives written verification of no request or no payment, we will order the appeal submitted without the reporter's record. See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to the Honorable Michael Snipes, Judge of Criminal District Court No. 7 of Dallas County, Texas, Sharon Hazelwood, and all counsel of record.


/s/     ELIZABETH LANG-MIERS
        JUSTICE